UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KATHLEEN GORMAN-GEISLER,<br>　　　Plaintiff, | )<br>)<br>) | |
| 　　vs. | )<br>) | 1:06-cv-756-SEB-JMS |
| FEDERAL EXPRESS CORPORATION,<br>　　　Defendant. | )<br>)<br>) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: __08/28/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Raymond F. Fairchild
rayfairchild@earthlink.net

John R. Maley
BARNES & THORNBURG
jmaley@btlaw.com

Colby S. Morgan Jr
FEDERAL EXPRESS CORPORATION
2005 Corporate Ave
Nashville, TN 38132

Hannesson Ignatius Murphy
BARNES & THORNBURG LLP
hmurphy@btlaw.com